IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CYNTHIA ORTEGA,

    Plaintiff,

v.                                  Case No. 12-cv-1175 SMV

CAROLYN W. COLVIN,
Acting Commissioner of the Social Security
Administration,

    Defendant.

### ORDER GRANTING MOTION TO SEAL ADMINISTRATIVE RECORD

THIS MATTER is before the Court upon Defendant's unopposed Motion to Seal Administrative Record [Doc. 10] ("Motion"). Defendant seeks to seal the administrative record. Motion [Doc. 10] at 1–2. The Court, being advised that Plaintiff concurs in the granting of the Motion, and being otherwise fully advised in the premises, FINDS that Motion is well-taken and should be granted.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECRED** that Defendant's Motion to Seal the Administrative Record [Doc. 10] is **GRANTED**. The administrative record lodged by Defendant in the above-referenced case shall be permanently sealed. Access to the administrative record shall be limited to the Court and the case participants only.

**IT IS SO ORDERED**.

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**
**Presiding by Consent**