# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

**CYNTHIA ORTEGA,**

    Plaintiff,

v.                                                                          Case No. 12-cv-1175 SMV

**CAROLYN W. COLVIN,**
**Acting Commissioner of the Social Security**
**Administration,**

    Defendant.

## JUDGMENT

Having granted Defendant's Agreed Motion to Reverse and Remand for Further Administrative Proceedings [Doc. 17] in an order entered concurrently herewith,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of Plaintiff, the final decision of the Commissioner is reversed, and the case is remanded to the Commissioner for further proceedings.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**
**Presiding by Consent**